No. 12–5511. BLANTON v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–5516. CRESPO v. ARNONE, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 12–5517. EVANS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5519. DARDEN v. LOCKETT, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5521. KING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5522. KELSO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5523. MAYER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5524. MAYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5527. MEIRICK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5528. MCCLELLAN v. JARRIEL, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 12–5529. MONTUE v. SCHWARTZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5531. ROGERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–5532. SHAREEF, AKA KARIM, AKA SHERIF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5533. QUINTANA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–5536. ANDABLO-SAENZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. .